# United States District Court
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

VENUE: SAN FRANCISCO



FILED
APR 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

---

UNITED STATES OF AMERICA,

V.

CR 08   0274

LUIS ALBERTO AVINA-BENITEZ
a/k/a Louis Avina, a/k/a/ Luis Alberto
Avina, a/k/a Luis Benitez Avina, a/k/a Luis
Alberto Benitez, a/k/a Luis Avina, a/k/a
Hector Manuel Padilla,

WHA

DEFENDANT(S).

---

## INDICTMENT

VIOLATION:
Title 8, United States Code, Section 1326 - Alien Found in the United States After Deportation

---

A true bill.

_____ Foreman

Filed in open court this ___29th___ day of

__April 2008__

_____ Clerk

Bail, $ __No Bail Arrest Warrant__

_____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

──── OFFENSE CHARGED ────

8 U.S.C. § 1326 - Illegal Reentry After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

──── DEFENDANT - U.S. ────
▶ LUIS ALBERTO AVINA-BENITEZ

DISTRICT COURT NUMBER
**CR 08 0274**

E-filing

WHA

──── PROCEEDING ────
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

──── DEFENDANT ────
IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Erika R. Frick

──── ADDITIONAL INFORMATION OR COMMENTS ────

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: April 30, 2008 at 9:30 am
Before Judge: Hon. James Larson

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

E-filing

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08 0274 |
| Plaintiff, ) | VIOLATION: Title 8, United States Code, Section 1326 – Alien Found in the United States After Deportation |
| v. ) | |
| LUIS ALBERTO AVINA-BENITEZ, ) a/k/a Louis Avina, ) a/k/a Luis Alberto Avina, ) a/k/a Luis Benitez Avina, ) a/k/a Luis Alberto Benitez, ) a/k/a Luis Avina, ) a/k/a Hector Manuel Padilla, ) Defendant. ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about October 9, 2001 and on or about September 7, 2007, the defendant,

LUIS ALBERTO AVINA-BENITEZ,
a/k/a Louis Avina,
a/k/a Luis Alberto Avina,
a/k/a Luis Benitez Avina,
a/k/a Luis Alberto Benitez,
a/k/a Luis Avina,
a/k/a Hector Manuel Padilla,

//

INDICTMENT

1  an alien, was excluded, deported and removed from the United States, and thereafter, on or about
2  February 14, 2008, was found in the Northern District of California, the Attorney General of the
3  United States and the Secretary for Homeland Security not having expressly consented to a
4  re-application by the defendant for admission into the United States, in violation of Title 8,
5  United States Code, Section 1326.

7  DATED:                                          A TRUE BILL.

                                                   *[signature]*
                                                   FOREPERSON

11 JOSEPH P. RUSSONIELLO
   United States Attorney

14 GREGG W. LOWDER
   Chief, Major Crimes Section

16 (Approved as to form: *[signature]*
                          AUSA Frick

INDICTMENT