1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DARYL T. EREMIN (TXBN 24012593)
   Special Assistant United States Attorney
5     450 Golden Gate Avenue
      San Francisco, California  94102
6     Telephone: (415) 522-6031
      Facsimile: (415) 436-7234
7     E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,          )   Criminal No. CR 08-0274 WHA
                                      )
13        Plaintiff,                  )
                                      )
14     v.                             )   [PROPOSED] ORDER AND
                                      )   STIPULATION EXCLUDING TIME
15 LUIS ALBERTO AVINA-BENITEZ,        )   FROM AUGUST 3, 2009, TO
      a/k/a Louis Avina,              )   SEPTEMBER 1, 2009
16    a/k/a Luis Alberto Avina        )
      a/k/a Luis Benitez Avina,       )
17    a/k/a Luis Alberto Benitez,     )
      a/k/a Luis Avina, and           )
18    a/k/a Hector Manuel Padilla,    )
                                      )
19        Defendant.                  )
                                      )
20

21        The parties appeared before the Honorable William H. Alsup on August 3, 2009.  The

22 Court found and held as follows:

23        1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24 3161, from August 3, 2009, to September 1, 2009, as the defendant's counsel has yet to receive

25 discovery and requires adequate time to review discovery once received.  Failure to grant the

26 requested continuance would unreasonably deny counsel for the defendant reasonable time

27 necessary for effective preparation.  18 U.S.C. § 3161(h)(7)(B)(iv).

28
   [PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 08-0274 WHA

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 3, 2009, to September 1, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 3, 2009, to September 1, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: August 3, 2009

/s/
LOREN G. STEWART
Counsel for Luis Alberto Avina-Benitez

DATED: August 3, 2009

/s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 4, 2009

THE HON. WILLIAM H. ALSUP
United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0274 WHA                          2