JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 522-6031
   Fax: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0274 WHA |
|     Plaintiff, | |
| | NOTICE OF DISMISSAL |
| v. | |
| LUIS ALBERTO AVINA-BENITEZ,<br>   a/k/a Louis Avina,<br>   a/k/a Luis Alberto Avina,<br>   a/k/a Luis Benitez Avina,<br>   a/k/a Luis Alberto Benitez,<br>   a/k/a Luis Avina, and<br>   a/k/a Hector Manuel Padilla, | SAN FRANCISCO VENUE |
|     Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: September 23, 2009                  Respectfully submitted,

                                                             JOSEPH P. RUSSONIELLO
                                                             United States Attorney

                                                              _____/s/_____
                                                              BRIAN J. STRETCH
                                                             Chief, Criminal Division

NOTICE OF DISMISSAL (CR 08-0274 WHA)

1 | Leave is granted to the government to dismiss the indictment.

3 | DATED : __September 28, 2009__



IT IS SO ORDERED

Judge William Alsup